(111 So. 622)

No. 28345.

STATE of Louisiana v. C. Lee PEACE.

(Jan. 31, 1927.)

Appeal from First Judicial District Court, Parish of Bossier; E. P. Mills, Judge.

Murff & Perkins, of Shreveport, for appellant.

Percy Saint, Atty. Gen., and L. C. Blanchard, Dist. Atty., and A. M. Pyburn, Asst. Dist. Atty., both of Shreveport, for the State.

BRUNOT, J. This case presents the same questions that were decided this day in State v. C. Lee Peace, 111 So. 621,[1] (No. 28344), and, for the reasons therein assigned, the verdict and sentence are affirmed.

O'NIELL, C. J., dissents.

